# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nelson Geovanni Arreaga-Meza, | No. CV-25-04900-PHX-DWL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

On December 31, 2025, the Court issued an order requiring Respondents to show cause why Petitioner's § 2241 petition should not be granted, either for the reasons set forth in this Court's earlier decision in *Echevarria v. Bondi*, 2025 WL 2821282 (D. Ariz. 2025), and/or based on the entry of a favorable judgment in *Bautista v. Santacruz*, No. 5:25-CV01873-SSS-BFM, a class action that appears to include Petitioner. Respondents' deadline was January 5, 2026, but that deadline has now expired and Respondents did not file a response.

Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted, at a minimum, for the reasons set forth in *Echevarria*.

**IT IS ORDERED**:

1. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 6) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before detention.

3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of January, 2026.

_____
Dominic W. Lanza
United States District Judge